UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

FRANCIS CADA,
        Plaintiff,

v.                         No. 5:16-cv-04832

EAST PENN MANUFACTURING
COMPANY, INC.; and
CONCERN COUNSELING SERVICES,
        Defendants.
_____

# **O R D E R**

**AND NOW**, this 16th day of February, 2018, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

    1.    The Motion for Summary Judgment filed by Defendant Concern Counseling Services ("Concern"), ECF No. 56, is **granted in part and denied in part as follows**:

        A.    The Motion is GRANTED with respect to Count XI and judgment is ENTERED in favor of Concern as to Count XI.

        B.    The Motion is DENIED as to Count XII.

        C.    The Motion is granted in part and denied in part as to Count XIII. Count XIII is DISMISSED as duplicative of Count XII and any allegations contained therein are set forth in Count XII.

    2.    The Motion for Summary Judgment filed by Defendant East Penn Manufacturing Company, Inc. ("East Penn"), ECF No. 59, is **granted in part and denied in part as follows**:

        A.    The Motion is GRANTED with respect to Count XI and judgment is ENTERED in favor of East Penn as to Count XI. Count XI is DISMISSED.

        B.    The Motion is DENIED in all other respects.

                                        BY THE COURT:

                                        */s/ Joseph F. Leeson, Jr.*
                                        JOSEPH F. LEESON, JR.
                                        United States District Judge